UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GJIN KOLBUCAJ,

       Plaintiff,

                                                    CASE No. 1:22-CV-1073

v.

                                                    HON. ROBERT J. JONKER

UNKNOWN PANTS, et al.,

       Defendants.
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 26, 2024.   (ECF No. 27).   The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 22) is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **TERMINATED.**

The Court discerns no good-faith basis for appeal of this matter.   *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Dated:   September 16, 2024             /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                          UNITED STATES DISTRICT JUDGE